UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-cv-01547-AWI-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 9) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| A.K. SCRIBNER, | ) | |
| | ) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 17, 2006, the Magistrate Judge filed Findings and Recommendations that the action be DISMISSED for Petitioner's failure to prosecute. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed July 17, 2006, is ADOPTED IN FULL; and,

2.   This action is DISMISSED for Petitioner's failure to prosecute.

IT IS SO ORDERED.

**Dated:    September 23, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

2